Colly CASCEN, Plaintiff–Appellant,

v.

Harold W. CLARKE, Director of the State of Virginia Department of Corrections; Asst. Warden David Robinson, Chief of Operations of the State of Virginia Department of Corrections; John Jabe, Deputy Director of Operations; J.C. Combs, Warden at Wallens Ridge State Prison; Rebecca Young, Operations Manager/Supervisor of the Wallens Ridge State Prison; Brenda Ravizee, Institutional Ombudsman/Grievance Coordinator; Quinn Reynolds, Unit Manager/Supervisor at Wallens Ridge State Prison; Gregory Holloway, Superintendent/Warden of Wallens Ridge State Prison, Defendants–Appellees.

No. 15-7556

United States Court of Appeals, Fourth Circuit.

Submitted: May 13, 2016

Decided: June 3, 2016

Colly Cascen, Appellant Pro Se. Mark Rankin Herring, Attorney General, Richmond, Virginia, for Appellees.

Before SHEDD, KEENAN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Colly Cascen appeals the district court's order granting summary judgment to the Defendants on his complaint asserting claims under 42 U.S.C. § 1983 (2012) and the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. § 2000cc to § 2000cc–5 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cascen v. Clarke, No. 7:15–cv–00061–NKM–RSB, 2015 WL 5043121 (W.D. Va. Aug. 26, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED.